COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-22-00022-CV |
| | § | |
| DISH NETWORK L.L.C. and ECHOSPHERE L.L.C., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Selena Solis of the 243rd Judicial District Court of El Paso, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.